**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD R. LEVITT, | CASE NO. CV F 06-1729 LJO |
| Appellant, | |
| vs. | **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |
| MIRIAM LEVITT, et al., | |
| Appellees. / | |

Appellant has not responded meaningfully to a December 4, 2006 notice regarding an incomplete record for an appeal of a bankruptcy court order. On the basis of good cause, this Court ORDERS the parties, no later than March 9, 2007, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for failure to prosecute this action.

IT IS SO ORDERED.

**Dated:   February 26, 2007**          /s/ Lawrence J. O'Neill
66h44d                                               UNITED STATES DISTRICT JUDGE

1