**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD R. LEVITT,<br><br>        Appellant,<br><br>  vs.<br><br>MIRIAM LEVITT, et al.,<br><br>        Appellees.<br>_____/ | CASE NO. CV F 06-1729 LJO<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE BRIEF** |

In this bankruptcy appeal, this Court issued its March 27, 2007 order to require appellant Donald R. Levitt to file his opening brief and record excerpts within 15 days. Appellant has not filed his opening brief and record excerpts to comply with the March 27, 2007 order. On the basis of good cause, this Court ORDERS appellant Donald R. Levitt, no later than May 4, 2007, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for failure to file his opening brief and record excerpts and to comply with the March 27, 2007 order.

IT IS SO ORDERED.

**Dated:   April 26, 2007**          /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE